**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DAVID LOGAN II, | NO. CV 15-9122-SJO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| U.S. DISTRICT JUDGE JOHN FOX, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 15, 2016.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE